IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELIZABETH DAVIS                                                                                    PLAINTIFF

v.                                          No. 4:05CV00740 WRW

UNITED STATES POSTAL SERVICE
John E. Potter, in his official capacity as
Postmaster General                                                                                DEFENDANT

## JUDGMENT

In accordance with the separate memorandum opinion and order filed this date, summary judgment is hereby entered in favor of Defendant.

IT IS SO ORDERED this 16th day of May, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE